# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

KEITH LAMPKIN

**WARRANT FOR ARREST**

CASE NUMBER: 00-6311

CR - HUCK MAGISTRATE JUDGE
BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KEITH LAMPKIN__
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics importation conspiracy; narcotics distribution conspiracy; drug importation; and possession with intent to distribute

in violation of Title 21 United States Code, Section(s) 841, 846, 952, 963
in violation of Title 18 United States Code, Section(s) _____

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | 10/31/00   FORT LAUDERDALE, FLORIDA |
| Signature of Issuing Officer | Date and Location |
| | BARRY S. SELTZER *(signature)* |
| Bail fixed at $100,000 CORP. SURETY BOND W/NEBBIA | by UNITED STATES MAGISTRATE JUDGE |
| | Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |