UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ___00-6311-HUCK___

UNITED STATES OF AMERICA,

vs.

CLARENCE LARK   ET AL.

_____

FILED by _____ D.C.
MAG. SEC.

NOV 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

    This cause came before the Court and pursuant to proceedings

held, it is thereupon

    ORDERED AND ADJUDGED as follows:

PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANTS, THIS CASE IS HEREBY UNSEALED.

    DONE AND ORDERED at Miami, Florida this ___6TH___ day of
___NOVEMBER___, 2000.

TAPE NO: 00C- 78 -1840
              78 -2320

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c: AUSA  Dino
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor

131 8