UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )   Case Number: CR 00-6311 CR HUCK
            Plaintiff   )
                        )   REPORT COMMENCING CRIMINAL
     -vs-               )   ACTION
                        )
KEITH LAMPKIN           )   66564.04
                        )
          Defendant

FILED by ___ D.C.
MAG. SEC.
NOV 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI

TO: Clerk's Office  (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 11-6-00  6:00  am/pm

(2) Languge Spoken: ENGLISH

(3) Offense(s) Charged: TITLE 21 SECTIONS 841, 846, 952, & 963

(4) U.S. Citizen [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 11-25-58

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# 00-6311-CR HUCK

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [✓] YES  [ ] NO

Amount of Bond: $ 100,000 CORP SURETY BOND W/NEBBIA
Who set Bond: AUSA

(7) Remarks: _____

(8) Date: 11-6-00        (9) Arresting Officer: DARRIN SACHS

(10) Agency: FBI         (11) Phone: (305) 944-9101

(12) Comments: _____

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

v.

KEITH LAMPKIN

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6311-CR-HUCK MAGISTRATE JUDGE BROWN

YOU ARE HEREBY COMMANDED to arrest __KEITH LAMPKIN__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics importation conspiracy; narcotics distribution conspiracy; drug importation; and possession with intent to distribute

in violation of Title 21 United States Code, Section(s) __841, 846, 952, 963__
in violation of Title 18 United States Code, Section(s) _____

| CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *signature* | 10/31/00    FORT LAUDERDALE, FLORIDA |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $100,000 CORP. SURETY BOND W/NEBBIA | BARRY S. SELTZER  *signature*  by UNITED STATES MAGISTRATE JUDGE |
| | Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | INFORMATION COPY ONLY MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | INFORMATION COPY ONLY MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL |

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

KEITH LAMPKIN

**WARRANT FOR ARREST**

CASE NUMBER: 00-6311-CR-HUCK MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KEITH LAMPKIN__
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics importation conspiracy; narcotics distribution conspiracy; drug importation; and possession with intent to distribute

in violation of Title 21 United States Code, Section(s) 841, 846, 952, 963
in violation of Title 18 United States Code, Section(s) _____

CLARENCE MADDOX                    COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer             Title of Issuing Officer

_(signature) Butler_                10/31/00   FORT LAUDERDALE, FLORIDA
Signature of Issuing Officer        Date and Location

                                    BARRY S. SELTZER
Bail fixed at $100,000 CORP. SURETY BOND W/NEBBIA   by UNITED STATES MAGISTRATE JUDGE
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |