? (Rev. 12/85) Warrant for Arrest Michael J. Dittoe, AUSA

# United States District Court

SOUTHERN DISTRICT OF FLORIDA   520496

UNITED STATES OF AMERICA

v.

KEITH LAMPKIN

**WARRANT FOR ARREST**

CASE NUMBER: 00-6311 CR-HUCK MAGISTRATE JUDGE BROWN

2000 OCT 31 PM 4:06

SOUTHERN DISTRICT OF FLORIDA
FT. LAUD. OFFICE

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **KEITH LAMPKIN**
                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Narcotics importation conspiracy; narcotics distribution conspiracy; drug importation; and possession with intent to distribute

in violation of Title 21 United States Code, Section(s) 841, 846, 952, 963
in violation of Title 18 United States Code, Section(s) _____

CLARENCE MADDOX
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at $100,000 CORP. SURETY BOND W/NEBBIA

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

10/31/00   FORT LAUDERDALE, FLORIDA
Date and Location

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at
Miami, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/31/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | *[signature]* |
| DATE OF ARREST | | |
| 11/5/00 | | Edward Purchase, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest