UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA

v.

Keith Lampkin

**STIPULATED ORDER ON BOND MOTION**

This Cause came before the Court upon motion of the (defendant)(government) to ~~(reduce)(increase)(modify)~~ Set the bond. Upon consideration, it is
 **ORDERED AND ADJUDGED** as follows:
___ The motion is **denied**; bond remains at _Co-signed by wife_
___ The motion is **granted**; bond is set at:
✓ Personal Surety, unsecured, in the amount of $150,000
✓ Personal Surety in the amount of $50,000
    with 10% posted with Clerk of Court.
___ Personal Surety in the amount of $_____
    secured by the following collateral: _____
___ Full Cash in the amount of $_____
___ Corporate Surety in the amount of $_____
___ Full Cash or Corporate Surety in the amount of $_____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

✓ Surrender all passports & travel documents to Pretrial Services.
✓ Report to Pretrial Services as follows: _2_ weekly in person, _2_ weekly by phone. REMAIN SDFL
✓ Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law. + Treatment if nec.
✓ Maintain or actively seek full-time employment.
___ Maintain or begin an educational program.
___ Avoid all contact with victims of or witnesses to the crimes charged.
___ Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ Comply with the following additional special conditions of this bond:

~~NONE OF SIGNATORIES MAY SELL, PLEDGE, MORTGAGE, HYPOTHECATE, ENCUMBER, ETC. ANY PROPERTY THEY OWN, REAL OR PERSONAL, UNTIL BOND(S) ARE DISCHARGED~~

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____

DONE AND ORDERED at Miami, Florida this _2_ day of _Nov._, 2000.

TAPE NO. 00C-_78-2850_

c:  AUSA, Defense,
    Pretrial Svcs, Marshal

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

DITTO

48/48