**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA
        Plaintiff,

v.

Keith LAMPkin
        Defendant,

_____/

APPEARANCE BOND:_____
CASE NO.: 00-6311-CR-Huck

I, the undersigned defendant and I or we, the undersigned sureties jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 50,000.00    10 %    PSB

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court. The defendant's present address is:

4880 NW 178th Terrace
Miami, FLORIDA 33055

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. Shall not commit any act in violation of state or federal laws

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, Marshal, Pretrial Services

DEFENDANT: _Keith Chapkin_    CASE NO: _00-6311-Co-_

_HUCK_

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with those special conditions checked below:

✓ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

✓ b. Report to Pretrial Services as follows: _2x PW by Phone_
_2x PW in person_

✓ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law. _+ treatment if necessary_ _Remain SDFL_

✓ d. Maintain or actively seek full-time gainful employment.

___ e. Maintain or begin an educational program.

___ f. Avoid all contact with victims of or witnesses to the crimes charged.

___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___ h. Comply with the following curfew:_____

✓ i. No co-signatories may sell, mortgage, hypothecate or dispose of real property during pendency of this case.

___ j. Comply with the following additional conditions of this bond:_____

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant fo the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. 401 which could result in a possible term o imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon convictio for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term o imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to an other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,00 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. 1510 makes it a crimin: offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 1 U.S.C. 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamp with a witness, victim or informant; and 18 U.S.C. 1513 makes it a criminal offense punishable by up to ten years imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. 3146, if after having been released, the defendant knowingly fails appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court ord If the defendant was release in connection with a charge of, or while awaiting sentence, surrender for the service of sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more t defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than t\ years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one ye or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail post which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by applicable laws of the United States.

DEFENDANT: _Keith Lamphin_ CASE NO _00-6311-CR_

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this _7th_ day of _November_ , 200 _0_ , at _Miami_ , Florida.

Signed and acknowledged before me:                    DEFENDANT: (Signature) _____

WITNESS: _____                    ADDRESS: _4880 NW 178th Terr_

ADDRESS: _____                    _Miami, FL_ ZIP _33055_

_____ ZIP _____                    TELEPHONE: _(305) 620-5008_

### CORPORATE SURETY

Signed this ____ day of _____ , 200____ , at _Miami_ , Florida.

SURETY: _____                    AGENT: (Signature) _____

ADDRESS: _____                    PRINT NAME: _____

_____ ZIP _____                    TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this ____ day of _____ , 200____ , at _____

SURETY: (Signature) _____                    SURETY: (Signature) _____

PRINT NAME: _____                    PRINT NAME: _____

RELATIONSHIP                    RELATIONSHIP

   TO DEFENDANT: _____                       TO DEFENDANT: _____

ADDRESS: _____                    ADDRESS: _____

_____ ZIP _____                    _____ ZIP _____

TELEPHONE: _____                    TELEPHONE: _____

### APPROVAL BY COURT

Date: _11-7-00_                    _____

UNITED STATES MAGISTRATE JUDGE

**BARRY L. GARBER**

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, Marshal, Pretrial Services

AO82
(Rev. 4/90)

**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF FLORIDA**

226278

at _Miami_

RECEIVED FROM _Pamela Lampkin_

_2100 NW 81 Terr_

_Miami, Fl 33147_

_USA vs Keith Lampkin_

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| | SS# 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 | | 5,000 00 |
| 6855XX | Deposit Funds | | |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 5,000.00 |
| 322340 | Sale of Publications | Case Number or Other Reference |
| 322350 | Copy Fees | 00-6311-CR-Huck |
| 322360 | Miscellaneous Fees | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

_Appearance_
_Bond To be_
_Invested_

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE | Cash | Check | M.O. | Credit | DEPUTY CLERK |
|---|---|---|---|---|---|
| 11/09 | | ✓ | | | Greg Hamilton |