UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6311-CR-HUCK</u>

UNITED STATES OF AMERICA,

vs.

**<u>ORDER ON HEARING TO
REPORT RE COUNSEL</u>**

<u>KEITH LAMPKIN</u>

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, and thereupon

ORDERED as follows:

_____ Private counsel _____
appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

\_\_\_✓\_\_\_ The defendant requested further time to retain counsel and shall appear before the Court on <u>11/27/00</u> at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date, + arraignment

**DONE AND ORDERED** at Miami, Florida this \_\_\_\_15\_\_\_\_ day of <u>NOVEMBER</u>, 2000.

TAPE NO. 00H 45-1832

UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE'

c. Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal
   AUSA

[FILED by \_\_\_ D.C. / MAG. SEC. / NOV 15 2000 / CLARENCE MADDOX / CLERK U.S. DIST. CT. / S.D. OF FLA. MIAMI]

