FILED BY _____ D.C.
2000 DEC 11 PM 4:14
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-Huck

UNITED STATES OF AMERICA

v.                                    :     ORDER ON HEARING TO
                                            REPORT RE COUNSEL
Keith Lampkin                         :

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel _____ appeared in open court and is noted as permanent counsel of record.

___✓___ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

Arraignment is Reset to 12/15/00 @ 10AM.

DONE AND ORDERED at Miami, Florida this ___11th___ day of ___December, 2000___.

TAPE NO. 00G95-116

c:

UNITED STATES MAGISTRATE JUDGE
WILLIAM C. TURNOFF

