```
FILED BY _____/V_____ D.C.
    2000 DEC 15  PM 4:01
    CLARENCE MADDOX
    CLERK U.S. DIST. CT.
    S.D. OF FLA - MIA
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6311-CR-Huck

UNITED STATES OF AMERICA

vs.

Keith Lampkin
                    Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _____

Language: English

The above-named Defendant appeared before **Magistrate Judge** TURNOFF, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:          Address: ___ON BOND FORM___

                    Tel. No: _____

Defense Counsel:    Name    : Steve Kassner
                    Address: 815 Ponce De Leon Blvd., #303
                             Coral Gables, FL 33134
                    Tel. No: 461-2744

Bond Set/Continued: $200,000 PS, $100,000 CS w/Nebbia

Dated this 15 day of ~~JUNE~~ Dec., 2000.

CLARENCE MADDOX, COURT ADMINISTRATOR

BY PATRICIA MITCHELL
        Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services
formarra.ign

TAPE NO. 00G 101-38
DIGITAL START NO. _____

