UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff

CASE NO: 00-6311-CR-HUCK

vs.

MAGISTRATE JUDGE BROWN

KEITH LAMPKIN, et al,
    Defendants.
_____/

### DEFENDANT KEITH LAMPKIN'S
### NOTICE OF WAIVER OF SPEEDY TRIAL

Defendant KEITH LAMPKIN hereby notices all involved that he hereby waives his rights under the Speedy Trial Act.

_____
KEITH LAMPKIN

01-9-01
Date

Respectfully submitted,
Steven Kassner, Esq.
815 Ponce De Leon Blvd.
Coral Gables, Florida 33134
(305) 461-2744

BY _____
    STEVEN H. KASSNER
    Florida Bar Number 372331

*Law Offices of Steven H. Kassner*
815 PONCE DE LEON BLVD, SUITE 303 • CORAL GABLES, FLORIDA 33134 • TELEPHONE: (305) 461-2744

## CERTIFICATE OF SERVICE

I CERTIFY that a true and accurate copy of the foregoing was mailed to the individuals listed on the attached Service List on this ___9___ day of January, 2001.

STEVEN H. KASSNER, ESQ.

## SERVICE LIST

United States v. Keith Lampkin, et. Al.
Case Number 00-6311-CR-HUCK

Michael J. Dittie, Esq.
United States Attorney's Office
7th Floor
500 East Broward Boulevard
Fort Lauderdale, Florida 33394

Paul D. Lazarus, Esq.
Penthouse Two
800 Brickell Avenue
Miami, Florida 33131

Donald I. Bierman
Bierman, Shohat, Loewy & Klien, P.A.
Penthouse Two
800 Brickell Avenue
Miami, Florida 33131

Guy Spiegleman, Esq.
Suite 400
28 West Flagler Street
Miami, Florida 33131

Reemberto Diaz, Esq.
1435 South Miami Avenue
Miami, Florida 33130

Larry Hanfield, Esq.
Suite 1130
4700 Biscayne Boulevard
Miami, Florida 33137

William J. Cone, Esq.
514 Southeast 7th Street
Fort Lauderdale, Florida 33301

James D. Henderson, Esq.
Suite 1130
12121 Wilshire Boulevard
Los Angeles, California 90025

Martin R. Raskin, Esq.
Suite 206, Grove Forest Plaza
2937 Southwest 27th Avenue
Miami, Florida 33133

LEHR & GASALLA, P.A.
Suite 810
1401 Brickell Avenue
Miami, Florida 33131