PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA



U.S.A. vs. KEITH LAMPKIN                                                                    Docket No. 00-6311-CR-HUCK

Petition for Action on Conditions of Pretrial Release

      COMES NOW IRMA BOTANA, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant KEITH LAMPKIN, who was placed under pretrial release supervision by the Honorable Barry L. Garber, U.S. Magistrate Judge sitting in the Court at Miami, on November 7, 2000, under the following conditions:

1. Travel restricted to the Southern District of Florida;
2. Maintain residence and not move without prior court order;
3. Surrender travel documents to Pretrial Services;
4. Report to Pretrial Services twice a week in person and twice a week by telephone;
5. Submit to random drug testing and/or treatment, as directed by Pretrial Services;
6. Maintain gainful full-time employment; and
7. No co-signatories may further encumber properties.

      Respectfully presenting petition for action of Court and for cause as follows:
      (if short insert here; if lengthy write on separate sheet and attach)

In that the defendant has submitted positive urinalysis, for the use of cocaine, on January 19 and January 23, 2001, as confirmed by Pharmchem Laboratories.

PRAYING THAT THE COURT WILL ORDER Revocation of bond and a warrant for the defendant's arrest.

ORDER OF COURT                                                                    Respectfully,

Considered and ordered this __5th__ day
of __Feb.__, __2001__ and ordered filed
and made a part of the records in the above
case.

_____                                                _____
Honorable Paul C. Huck                                                                    Irma Botana, USPSO
U.S. District Court Judge                                                                    Drug & Alcohol Treatment Specialist

Place: <u>Miami</u>

Date: <u>February 1, 2001</u>