AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## for the
## Southern District of Florida



FILED by _____ D.C.

FEB 0 7 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

**United States of America**
**v**
**KEITH LAMPKIN**

## WARRANT FOR ARREST

Case Number: 00-6311-CR-HUCK

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ KEITH LAMPKIN _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title __18__ United States Code, Section(s) __3148(a)(b)__

__HONORABLE PAUL C. HUCK__
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

__UNITED STATES DISTRICT COURT JUDGE__
Title of Issuing Officer

__FEBRUARY 1, 2001      MIAMI, FLORIDA__
Date and Location

Bail fixed at $ PTD / Pending Further Hearing Before Magistrate Judge.

by _[signature]_
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | . | |