UNITED STATES DISTRICT COURT 
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff                             CASE NO: 00-6311-CR-HUCK

vs.

KEITH LAMPKIN, et al,
    Defendants.
_____/

## DEFENDANT'S RESPONSE TO PRE TRIAL SERVICES REQUEST FOR REVOCATION OF DEFENDANT'S BOND AND ALTERNATIVE REQUEST FOR HEARING

COMES NOW, the Defendant, KEITH LAMPKIN, by and through the undersigned attorney, pursuant to local rule 7.1 of the Southern District, Crim. R. 46, and 18 USC 3142, and files this response to the Pre-Trial-Services Office's request for revocation of Defendant's bond and Defendant's alternative request for hearing.

(1) On or about February 3, 2001 the United States Pre-Trial-Service Office filed a memorandum with this court requesting that the Defendant's bond be revoked.

(2) In their memorandum, the Pre-Trial-Service Office based this request on Mr. Lampkin's refusal to submit to an in-house drug treatment facility and his continued denial of an on-going controlled substance problem despite his urine testing positive for cocaine.

(3) Upon receipt of this memorandum counsel contacted Mr. Lampkin and discussed the matter with him. Mr. Lampkin agrees that an in-house treatment facility would be beneficial and is prepared to enter any treatment facility which the Pre-Trial-Service Office believes would be helpful for him. Additionally Mr. Lampkin unconditionally recognizes the authority of the Pre-Trial-Service Office and this court and is prepared to abide by all other conditions and requirements set by the pre-

Trial-Service Office and this court.

(4) Counsel has never had a problem contacting Mr. Lampkin and has found him to be cooperative and helpful in the preparation of his defense. This is a large complicated case involving thousands of pages of documents and other items of evidence. Mr. Lampkin's incarceration would severely impact the preparation of his defense. Counsel is aware that Mr. Lampkin is in the midst of difficult financial and personal problems as a result of this case. Mr. Lampkin enjoys the presumption of innocence. Revocation of his bond could permanently destroy any ability he may have of solving these difficult problems even if he is ultimately acquitted of the charges.

(5) Mr. Lampkin submits that there are reasonable alternatives short of incarceration that would ensure the safety of the public and his presence at trial. Mr. Lampkin would request that this honorable court hold a hearing on the Pre-Trial-Service Offices request that his bond be revoked before issuing a warrant for his arrest.

(6) Undersigned counsel contacted Michael Dittoe A.U.S.A. to ascertain his position on Mr. Lampkin's response to the action taken by the Pre-Trial-Service Office. Mr. Dittoe indicated that he will leave the matter up to the court.

Wherefore the Defendant, KEITH LAMPKIN, respectfully requests that this honorable court grant the relief requested in this response.

> Respectfully submitted,
> Steven Kassner, Esq.
> 815 Ponce De Leon Blvd.
> Coral Gables, Florida 33134
> (305) 461-2744
>
> BY _____
> STEVEN H. KASSNER
> Florida Bar Number 372331

## CERTIFICATE OF SERVICE

I CERTIFY that a true and accurate copy of the foregoing was mailed to Michael J. Dittoe, Esq., United States Attorney's Office, 7th Floor, 500 East Broward Blvd., Ft. Lauderdale, Florida 33394, Irma Botana, U.S. Pretrial Services officer, 330 Biscayne Blvd., Miami, Florida 33132 on this __9__ day of February, 2001.

_____
STEVEN H. KASSNER, ESQ.