# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA** ]  CASE NUMBER: CR 00-6311-CR-Huck
            Plaintiff ]
    -vs-                    ]  REPORT COMMENCING CRIMINAL
                            ]           ACTION
Lampkin, Keith              ]   66564-004
            Defendant            USMS Number

FILED by MAG. SEC. ___ D.C.
FEB 12 2001
S.D. OF FLA. MIAMI MADDOX

*************************************************************

TO: CLERK'S OFFICE  (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT         (circle one)

NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
       COURT ABOVE.
*************************************************************
COMPLETE ALL ITEMS.  INFORMATION NOT APPLICABLE ENTER N/A.

(1)  DATE AND TIME OF ARREST: 2-9-01   230  AM ___ PM ✗

(2)  LANGUAGE SPOKEN: English

(3)  OFFENSE(S) CHARGED: Bond Violation

(4)  UNITED STATES CITIZEN:  (✗) YES  ( ) NO  ( ) UNKNOWN

(5)  DATE OF BIRTH: 11-25-58

(6)  TYPE OF CHARGING DOCUMENT:  (check one)
     [ ] INDICTMENT     [ ] COMPLAINT TO BE FILED/ALREADY FILED
         CASE # _____
     [ ] BENCH WARRANT FOR FAILURE TO APPEAR
     [ ] PROBATION VIOLATION WARRANT
     [ ] PAROLE VIOLATION WARRANT
     ORIGINATING DISTRICT:  S/FL
     COPY OF WARRANT LEFT WITH BOOKING OFFICER [✗] YES  [ ] NO

AMOUNT OF BOND: $_____   WHO SET BOND? _____

(7)  REMARKS: _____

(8)  DATE: 2-9-01    ARRESTING OFFICER: D. Bruce

(10) AGENCY: USMS         (11) PHONE: 536-4628

(12) COMMENTS: _____

AO 442 (Rev 12/85) Warrant for Arrest

# United States District Court
## for the
## Southern District of Florida



United States of America
v
**KEITH LAMPKIN**

**WARRANT FOR ARREST**

Case Number: 00-6311-CR-HUCK

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ **KEITH LAMPKIN** _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BOND VIOLATION

in violation of Title __18__ United States Code, Section(s) __3148(a)(b)__

| HONORABLE PAUL C. HUCK | UNITED STATES DISTRICT COURT JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | FEBRUARY 1, 2001  MIAMI, FLORIDA |
| | Date and Location |

Bail fixed at $ PTD / Pending Further Hearing Before Magistrate Judge.

by _____ Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |