UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NIGHT BOX
FILED

FFB 1 2 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 00-6311-CR-HUCK |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH LAMPKIN, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION FOR THREE DAY EXTENSION TO FILE MOTIONS

COMES NOW, the Defendant, KEITH LAMPKIN, by and through the undersigned attorney, pursuant to Local Rule 7.1 of the Southern District and files this Motion for a three day extension in which to file Pre-Trial Motions. As grounds for this request, the Defendant would state as follows:

1.    Due to counsel's trial schedule and illness of his secretary, the defense needs until Thursday, February 15, 2001, in which to file pre-trial motions.

2.    Counsel discussed this matter with AUSA Michael Dittoe, counsel for the government, he informed counsel that he has no objection to this request.

WHEREFORE the Defendant, KEITH LAMPKIN, would request that this honorable court grant the relief requested in this motion.



I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this/²̲ day of February 2001 to : A.U.S.A. Michael Dittoe, Esq., at Th Floor, 500 E. Broward Blvd., Fort Lauderdale, Florida 33394.

Respectfully submitted
STEVEN H. KASSNER
815 Ponce De Leon Blvd.
Suite 303
Coral Gables, Florida 33134
305-461-2744

BY:_____
    STEVEN H. KASSNER

2