UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH LAMPKIN, et al,<br><br>    Defendants. | Case No. 00-6311-CR-HUCK |

FILED by _____ D.C.

FEB 1 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER

**THIS CAUSE** having come on before this Court on Defendant's, KEITH LAMPKIN, Motion for Three Day Extension to File Motions and the Court being otherwise advised of the premises it is hereby

**ORDERED and ADJUDGED:**

Defendant's Motion seeking a three day extension of time, up to and including February 15, 2001, to file pre-trial motions is hereby GRANTED.

**DONE and ORDERED** this 13 day of February 2001, in Chambers, in Miami-Dade County, Florida.

                                                  U.S. DISTRICT COURT JUDGE

Copies furnished to:
Michael Dottoe, Esq.
Steven Kassner, Esq.

