AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## for the
## Southern District of Florida

United States of America
v
**KEITH LAMPKIN**

## WARRANT FOR ARREST

Case Number: 00-6311-CR-HUCK

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___KEITH LAMPKIN___

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**BOND VIOLATION**

in violation of Title __18__ United States Code, Section(s) __3148(a)(b)__

| HONORABLE PAUL C. HUCK | UNITED STATES DISTRICT COURT JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | FEBRUARY 1, 2001    MIAMI, FLORIDA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ PTD / Pending Further Hearing Before Magistrate Judge.

by [signature]
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
**Miami, FL**

| DATE RECEIVED 2/1/01 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, U.S. Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 2/9/01 | | Edward Purchase, SDUSM |