UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK, Et Al.

    Defendants
_____/

GOVERNMENT'S RESPONSE TO THE MOTIONS TO SUPPRESS STATEMENTS

In its response to the Court's standing discovery order, the United States stated that the following defendants gave statements post arrest statements: Lawrence Seymore, Charlie Hall and Keith Lampkin. However, it appears that only the Defendant Hall has filed a motion to suppress.

The United States will not use the post arrest statements of either Hall or Lampkin in its case in chief, consequently, no pre-trial hearing on their admissibility need be held. The United States does intend to introduce the post arrest statement of the defendant Seymore.

If a motion to suppress this statement is filed, the United States will demonstrate that the statement was made after the defendant signed a waiver of his rights under Miranda v. Arizon, 384 U.S. 436 (1966) and that the waiver was voluntary under the

test set forth by the Court in <u>Moran v. Burbine</u>, 475 U.S. 412 (1986). Moreover, we will demonstrate that the statement was voluntary under the principles set forth in <u>Colorado v. Connelly</u>, 479 U.S. 157 (1986) and <u>Schneckloth v. Bustamonte</u>, 412 U.S. 318 (1973).

        Respectfully submitted,
        GUY A. LEWIS
        UNITED STATES ATTORNEY

BY: *[signature]*
MICHAEL J. DITTOE
Assistant United States Attorney
Court ID #A5500209
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

BY: *[signature]*
TERRENCE THOMPSON
Assistant United States Attorney
Court ID #A5500063
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5TH day of March, 2001 to:

Donald I. Bierman, Esq
Bierman, Shohat, Loewy & Klein, P.A.
800 Brickell Avenue, PH-2
Miami, FL 33131

(305) 358-7000
Attorney for Lark

Steve Kassner, Esq.
815 Ponce de Leon Blvd., Ste. 303
Coral Gables, FL 33134

(305) 461-2744
Attorney for Lampkin

Bruce H. Lehr, Esq.
1401 Brickell Ave., Ste. 810
Miami, FL 33131

(305) 377-1777
Attorney for Seymour

Larry Hanfield, Esq.
4770 Biscayne Blvd., Ste. 1200
Miami, FL 33137

(305) 576-1011
Attorney for Hall

Paul D. Lazarus, Esq.
800 Brickell Ave., PH-2
Miami, FL 33131

(305) 539-0606
Attorney for Crenshaw

Guy Speigelman, Esq.
28 W. Flagler St., Ste. 400
Miami, FL 33131

(305) 373-6634
Attorney for McHome

Reemberto Diaz, Esq.
1435 S. Miami Ave.
Miami, FL 33130

(305) 446-0001
Attorney for Hall

James D. Henderson, Esq.
12121 Wilshire Blvd., Ste. 1130
Los Angeles, CA 90025

(310) 478-3131
Attorney for Gallo

Martin R. Raskin, Esq.  
Grove Forest Plaza, Ste. 206  
2937 S.W. 27 Ave.  
Miami, FL 33133  

(305) 444-3400  
Attorney for Gallo  

William J. Cone, Jr., Esq.  
514 S.E. Seventh St.  
Ft. Lauderdale, FL 33301  

(954) 764-0570  
Attorney for Newton  

MICHAEL J. DITTOE  
ASSISTANT UNITED STATES ATTORNEY