00-6311.od

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEITH LAMPKIN,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

This Cause is before the Court on Defendant Keith Lampkin's Motion to Compel Government to Produce Statements Given by Cooperating Witnesses in Pre-SEntence Investigation Report, filed February 16, 2001 and Motion to Dismiss Indictment Do [sic] To Improper Joinder and Duplicity Under Crim. R. 8, filed February 20, 2001. This Court having reviewed the motions and the file, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. Within five (5) days of the date of this Order, Defendant shall show cause, in writing, why the above motions should not be stricken as untimely.

2. A courtesy copy of the above submission shall be delivered to the Chambers of the undersigned on or before the above date.

**DONE AND ORDERED** this 6 day of March, 2001 at Miami, Florida.

                                      STEPHEN T. BROWN
                                      U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        counsel on attachment



Michael Dittoe, Esq. (AUSA)
Paul D. Lazurus, Esq.
James D. Henderson, Esq.
Donald I. Bierman, Esq.
William Cone, Esq.
Reemberto Diaz, Esq.
Martin R. Raskin, Esq.
Steve Kassner, Esq.
Larry R. Handfield, Esq.
Bruce H. Lehr, Esq.
Guy Spiegelman, Esq.