UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff                         CASE NO: 00-6311-CR-HUCK

vs.

KEITH LAMPKIN, et al,
        Defendants.
_____/

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW, the Defendant, KEITH LAMPKIN, by and through the undersigned attorney, pursuant to local rule 7.1 of the Southern District, and the applicable Federal Rule of Criminal Procedure, and files this motion concerning a potential conflict of interest that may affect undersigned ability to represent Mr. Lampkin. As grounds for this motion undersigned would state as follows:

1) Undersigned counsel was appointed to represent Mr. Lampkin pursuant to the Criminal Justice Act, 18 U.S.C. 3600(A).

2) Presently Mr. Lampkin resides at the Spectrum Drug Treatment Facility located at 11031 NE 6th Avenue, Miami, Florida 33161. Mr. Lampkin was required to participate in this in-house drug treatment facility at the request of his pre-trial service officer as a condition of his bond.

3) Mr. Lampkin has requested that undersigned counsel resign from continued representation of him in the above styled case. Mr. Lampkin feels that undersigned counsel is not representing his best interest in the above styled matter. Mr. Lampkin has refused to cooperate with undersigned counsel.

Wherefore the Defendant, KEITH LAMPKIN, would request that this honorable court grant the relief requested in this motion.



Respectfully submitted,
Steven Kassner, Esq.
815 Ponce De Leon Blvd.
Coral Gables, Florida 33134
(305) 461-2744

BY _____
STEVEN H. KASSNER
Florida Bar Number 372331

### CERTIFICATE OF SERVICE

I CERTIFY that a true and accurate copy of the foregoing was mailed to the individuals listed on the attached Service List on this ____ day of March, 2001.

_____
STEVEN H. KASSNER, ESQ.

**SERVICE LIST**
United States v. Keith Lampkin, et. Al.
Case Number 00-6311-CR-HUCK

Michael J. Dittoe, Esq.
United States Attorney's Office
7th Floor
500 East Broward Boulevard
Fort Lauderdale, Florida 33394

Paul D. Lazarus, Esq.
Penthouse Two
800 Brickell Avenue
Miami, Florida 33131

Donald I. Bierman
Bierman, Shohat, Loewy & Klien, P.A.
Penthouse Two
800 Brickell Avenue
Miami, Florida 33131

Guy Spiegleman, Esq.
Suite 400
28 West Flagler Street
Miami, Florida 33131

Reemberto Diaz, Esq.
1435 South Miami Avenue
Miami, Florida 33130

Larry Hanfield, Esq.
Suite 1130
4700 Biscayne Boulevard
Miami, Florida 33137

William J. Cone, Esq.
514 Southeast 7th Street
Fort Lauderdale, Florida 33301

James D. Henderson, Esq.
Suite 1130
12121 Wilshire Boulevard
Los Angeles, California 90025

Martin R. Raskin, Esq.
Suite 206, Grove Forest Plaza
2937 Southwest 27th Avenue
Miami, Florida 33133

LEHR & GASALLA, P.A.
Suite 810
1401 Brickell Avenue
Miami, Florida 33131

Irma Botana
U.S. Pretrial Services Officer
330 Biscayne Blvd., Suite 500
Miami, Florida 33132