UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

COURTROOM VIII

DATE 3/12/01          TIME 4:00 p.m.    END 4:50 p.m.

HEARING BEFORE U.S. MAGISTRATE JUDGE **STEPHEN T. BROWN**

CASE NO: 00-6311-CR-PCH

STYLE USA v. Keith Lampkin

ATTORNEY(S)/PLTF: AUSA Michael Dittoe

ATTORNEY(S)/DEFT: Kussner

FILED BY ___ MAR 12 PM 4:54 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FL. MIAMI

PROCEEDING Motion to Withdraw. Motion denied as moot — motion withdrawn.

TAPE NO: 01D-24-1420

SPANISH INTERPRETER: N/A    CT. REPORTER: ___

MAGISTRATE CLERK Stephanie A. Lee

186/1