UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6311-CR-HUCK
Magistrate Judge Brown

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KEITH LAMPKIN,

      Defendant(s).
_____/



FILED by ___ D.C.
MAG. SEC.
MAR 1 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

### ORDER

**THIS MATTER** was before the Court upon the Defendant's Motion to Withdraw as Attorney of Record filed March 8, 2001. Pursuant to proceedings held and this Court being otherwise fully advised in the premises, it is hereby ordered and adjudged, that the aforementioned is hereby denied as moot.

**DONE AND ORDERED** at Miami, Florida this 13rd day of March, 2001.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:   Honorable Paul C. Huck
      Michael Dittoe, AUSA
      Steve Kassner, Esq.