

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6311-Cr-Huck/Brown**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**vs**

**CLARENCE LARK, et al,**

        **Defendants.**

_____/

## JOINT DEFENSE RESPONSE RE:
## JURY QUESTIONNAIRE

The Defendants, by and through their undersigned joint representative, hereby responds to the Court's Proposed Jury Questionnaire and would state the following:

1.  Undersigned counsel worked diligently with Assistant United States Attorney Michael Dittoe to submit the original Questionnaire.

2.  AUSA Dittoe informed undersigned counsel that the Court felt the Questionnaire was too long and too personal. Undersigned counsel spent enumerable hours revising the original 38-page, 88-question Questionnaire thus reducing it to 18 pages and 32 questions. Counsel did this independent of the government since we were unable to arrange meetings.

3.  A completed draft was forwarded to the United States Attorney's office on February 28, 2001. Repeated telephone calls were made to see whether an agreement could be reached and finally on March 13, 2001 a fax was sent requesting a response or in the alternative, that the revised Questionnaire would be submitted to the Court on the 14th of March 2001. A copy of the fax cover sheet is attached hereto.

4. On the evening of March 13, 2001, Assistant United States Attorney Michael Dittoe and undersigned counsel communicated at which point Mr. Dittoe agreed to the contents of the revised Questionnaire.

5. On Friday, March 14, 2001 counsel was informed that the Court had prepared its own Questionnaire and received a faxed copy thereof. While counsel is in general agreement with the contents, there are certain questions which we suggest are essential and should be added. A copy of the revised Questionnaire is enclosed for the convenience of the Court, if the Court should accept the additions suggested by counsel as follows: [1]

    A.    Question 2CT asks when the person became a United States citizen, however, omits the question of how long they lived here. It is somewhat relevant to know if a person lived in the United States as a permanent residence for forty years and then became a citizen, as opposed to a person who met the minimum three years for married to U.S. citizen or five years not married to U.S. citizen residency requirement.

    B.    There is no reference to Labor Unions which is an essential part of the indictment against Clarence Lark and Larry Crenshaw. The jury's attitude toward Labor Unions is extremely important. In this regard, counsel would request that Question 18DF, 19DF, and 20DF from

---

[1]    The Court's questions will be referred to with the number and "CT". Defense questions will be referred to with the number and "DF".

pages 13-14 of our revised Questionnaire be included.

C.    Questions of prejudice against African-Americans and Italians is omitted.  Counsel requests Question 23DF from page 15.

D.    Question 39CT asks a general question which is not specific to the case as to the charges.  Counsel would request that questions 24DF, 25DF at page 16 dealing specifically with narcotics charges be asked.  Jurors are often unable to deal fairly with charges relating to drugs.

E.    The defense would request that information be given as to whether or not anyone assisted the juror in completing the Questionnaire.  This is often very indicative of the juror's ability to understand the case.  If one does not understand the Questionnaire, one might have a great deal of difficulty understanding the case.  It is suggested that all parties, the government, the defense and the Court wish to have jurors with knowledge and understanding.  Therefore, it is requested that question 32DF at page 18 be included.

6. All counsel appreciate the courtesy which the Court has extended and the hard work placed into this and while wordings may differ, the Court's Questionnaire is excellent. However, the preceding additions we feel are necessary in attempting to select a fair and impartial jury.

-3-

I hereby certify that a true and correct copy of the foregoing was delivered by mail this 15th day of March 2001 to all counsel listed on the attached Service List. Copies of the Questionnaires provided to counsel upon request.

Respectfully submitted,

**BIERMAN, SHOHAT, LOEWY & KLEIN P.A.**
Attorneys for Defendant Lark
and designated Questionnaire counsel
800 Brickell Avenue PH-2
Miami, FL 33131-2944
Phone: 305-358-7000
Facsimile: 305-358-4010

BY _____
**DONALD I. BIERMAN**
Florida Bar: 093244

-4-

**BIERMAN, SHOHAT, LOEWY, & KLEIN, P.A.**
800 Brickell Avenue
Penthouse Two
Miami, Florida 33131
(305)358-7000
Telefax (305)358-4010



# facsimile
# TRANSMITTAL



## PRIVILEGED & CONFIDENTIAL

## ATTORNEY/CLIENT WORK PRODUCT

**To:**       AUSA Michael Dittoe, Esquire

**From:**     Donald I. Bierman, Esquire

**Fax:**      954-356-7230

**Phone:**    954-356-7392 ext. 3586

**Pages:**    1   including this cover sheet

**Date:**     March 13, 2001

**Our File #:**   00-1103 (Clarence Lark)

**Additional Comments:**  On 2/28/01 I forwarded my revised jury questionnaire.  If I do not hear from you by end of business today, I will assume you have no further changes and will submit it to the Judge tomorrow, 3/14/01. Thanks.   DIB

**Original will _____ will not _X___ follow.**

This facsimile contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee(s) named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

**SERVICE LIST**
<u>UNITED STATES v CLARENCE LARK, et al</u>
CASE NO. 00-6311-Cr-Huck

Michael J. Dittoe, Esq.
Assistant U.S. Attorney
500 East Broward Blvd.
7th Floor
Fort Lauderdale, FL 33394

954-356-7392, 7254 ext. 3586


Paul D. Lazarus, Esquire
800 Brickell Avenue
Penthouse Two
Miami, FL   33131

305-539-0606
Attorney for Crenshaw


Guy Speigelman, Esquire
Suite 400
28 West Flagler Street
Miami, FL 33131

305-373-6634
Attorney for McHorne


Reemberto Diaz, Esquire
1435 South Miami Avenue
Miami, FL 33130

305-446-0001
Attorney for Hall


James D. Henderson, Esquire
12121 Wilshire Blvd., Suite 1130
Los Angeles, CA 90025

310-478-3131
Attorney for Gallo


William J. Cone, Jr., Esquire
514 S.E. 7th Street
Fort Lauderdale, FL 33301

954-764-0570
Attorney for Newton


Donald I. Bierman, Esq
Bierman, Shohat, Loewy & Klein P.A.
800 Brickell Avenue, PH-2
Miami, FL 33131

305-358-7000
Attorney for Lark


Steve Kassner, Esquire
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, FL 33134

305-461-2744
Attorney for Lampkin


Bruce H. Lehr, Esquire
Suite 810
1401 Brickell Avenue
Miami, FL 33131

305-377-1777
Attorney for Seymour


Larry Hanfield, Esquire
4770 Biscayne Blvd.
Suite 1200
Miami, FL 33137

305-576-1011
Attorney for Hall


Martin R. Raskin, Esquire
Grove Forest Plaza, Suite 206
2937 S.W. 27 Avenue
Miami, FL 33133

305-444-3400
Attorney for Gallo

## PROPOSED JUROR QUESTIONNAIRE
## United States of America v. Lark, et al
## Case No. 00-6311-Cr-Huck

TO THE PROSPECTIVE JUROR:

The information which you give in response to this questionnaire will be used only by the court and the parties to select a qualified jury. After a jury has been selected, all copies of your response to this questionnaire will be returned to the Clerk of the Court and kept in confidence; under seal. The attorneys are under orders to maintain the confidentiality of any information they learn in the course of reviewing this questionnaire.

Please answer each question as completely and accurately as you can. Your complete written answers will save a great deal of time for the Court, the parties and you. There are no right or wrong answers to the questions. In order to ensure that our answers are not influenced by the opinions of others, **you should fill out the questionnaire by yourself without consulting or talking with any other person.**

You are expected to sign your questionnaire, and your answers will have the effect of a statement given to the court under oath. What is needed is your very best, honest effort to answer the questions contained in the booklet.

If you cannot answer a question because you do not understand it, write "Do not understand" in the space after the question. If you cannot answer because you do not know, write "Do not know" in the space after the question. If you need extra space to answer any question, please use the extra blank sheets of paper included at the end of the questionnaire. Be sure to indicate on the blank page the number of the question you are answering.

If you feel that any question requires an answer which is too sensitive (personal or private) to be included in a public record or discussed in open court, simply write "private" in the left margin next to your answer and the questioning on that topic will be held in private, out of the presence of the other prospective jurors.

The sole purpose of the questionnaire is to encourage your full expression and honesty, so that all parties will have a meaningful opportunity to select a fair and impartial jury to try the issues in this case. Thank you for your full cooperation. It is of vital importance to the Court.

**PAUL C. HUCK**
**UNITED STATES DISTRICT JUDGE**

Juror Number: _____     Date: _____
          (The number is your summons.)

1.    Please give the following information:


Name:_____
          Last              First              Middle

Gender:                        Age: _____

Male _____ Female _____      Place of Birth: _____

    a.  If you were not born in the United States, what year did you come
        here?

    _____

    Marital status: (If divorced, please check divorced, not single)


    _____ Married        _____ Live with significant other
    _____ Separated      _____ Divorced
    _____ Remarried      _____ Widowed
    _____ Never married.

    Do you have any children or step-children?

              _____ Yes        _____ No

    If yes, please state:

    <u>Sex</u>   <u>Age</u>   <u>Child living with you?</u>    <u>Level of education?</u>    <u>Occupation</u>

    _____

    _____

    _____

-2-

What is the highest level of education you completed?

| | |
|---|---|
| _____Grade School or less | _____Less than 2 years of college |
| _____Some high school | _____More than 2 years of college |
| _____High School graduate | _____College graduate |
| _____Technical or business School | _____Post graduate degree |

a.  If you attended school after high school, including any trade or vocational schools, please list the type of school, your major area of study and any certificates or degrees that you received:

_____

_____

_____

Your race or ethnic background?

\_\_\_\_\_Hispanic
\_\_\_\_\_African-American
\_\_\_\_\_Caucasian
\_\_\_\_\_Native American
\_\_\_\_\_Asian/Filipino/Pacific Islander
\_\_\_\_\_Other (please specify)_____

2.    Are you currently

| | |
|---|---|
| \_\_\_\_\_Employed | _____Student |
| \_\_\_\_\_Unemployed | _____Disabled |
| \_\_\_\_\_Retired | _____Homemaker |

a.  If you are now employed:

Name of employer and location of job:

_____

Job Title:_____

Duties (describe briefly): _____

-3-

How long have you worked at your current job? _____

b.  If you (a) have been with your current employer less than five years or
    (b) if you checked unemployed, retired, disabled or student, please
    answer the following questions about last position:

    How long were you at this job?

    _____

    Termination date: _____

    Reason for termination:

    _____

    Name of employer and location of job:

    _____

    Job title: _____

    Duties (describe briefly)

    _____

    _____

3.  Have you ever owned your own business?

    _____Yes, currently        _____Yes, in the past        _____No

    If yes, what type of business?

    _____

    _____

    If in the past, how did you discontinue your business?

    _____

-4-

4.    If you checked married or living with a significant other in question #1, please tell us about the other person:

Is he/she:    _____Employed           _____Student
              _____Unemployed          _____Homemaker
              _____Retired             _____Disabled

a.  If a student, area of study:

_____

b.  If employed, name of employer and location of job:

_____

_____

Job title: _____

Duties (describe briefly)

_____

_____

Does the job involve management or supervision?

                _____Yes           _____No

If yes, how many people?    _____

How long at current job?    _____

c.  If spouse or significant other is retired, unemployed or disabled, please list his/her last job description:

_____

Duties (describe briefly)

_____

How long ago did he/she leave that job? _____

d. If divorced or widowed, what kind of work did your spouse or partner do?

_____

5. In terms of your political outlook, do you usually think of yourself as

_____very conservative          _____somewhat liberal
_____somewhat conservative    _____very liberal
_____middle of the road

Have you ever had any previous experience as a juror or a grand juror?

_____Yes          _____No

If yes, please state:

A.    Jury:

| Year | Civil/ Criminal | Federal /State | Type of case? | Reach a Verdict? | If not, why? |
|------|-----------------|----------------|---------------|------------------|--------------|
|      |                 |                |               |                  |              |
|      |                 |                |               |                  |              |
|      |                 |                |               |                  |              |
|      |                 |                |               |                  |              |

Were you ever a foreperson of any of these juries?

_____Yes          _____No

B.    Have you or a member of your immediate family ever served on a federal or local grand jury?

_____Yes          _____No

-6-

If yes, please state the nature of that jury as well as when and where you served:

_____

_____

a.    Were you or they a member of the grand jury that handed down the indictment in this case?

_____Yes          _____No

6.    Do you have any current physical, medical (including difficulty in seeing or hearing) or emotional problems which may make it difficult for you to serve as a juror?

_____Yes          _____No

If yes, please explain:

_____

_____

7.    Is English your native language?

_____Yes          _____No

a.    If no, what is your native language? _____

Do you understand the English language?

_____Yes          _____No

Do you speak the English language?

_____Yes          _____No

Do you read the English language?

_____Yes          _____No

b. How do you rate your ability to read and speak English?

_____Very good    _____Good    _____Minimal

c. Do you understand, speak, read and/or write any language other than English?

_____Yes        _____No

If yes, indicate what other language(s):

_____

_____

8. Do you or any family members have any bumper stickers on your car(s) or messages on your T-shirt(s)?

_____Yes        _____No

If yes, what do the bumper stickers or T-shirt(s) say?

_____

_____

9. Do you regularly watch the 6:00 P.M. or the 11:00 P.M. local and/or national news on television?

_____Yes        _____No

Do you watch any of the following programs (check all that apply)?

_____60 Minutes    _____20/20        _____Nightline

_____Frontline        _____America's Most Wanted

_____Dateline        _____Other news/docudrama show.

Specify: _____

-8-

10. Do you read the newspaper:

_____Daily              _____2-3 times/week

_____Occasionally       _____Seldom or never

What newspaper do you read?

_____

_____

11. Have you, or have any of your friends or relatives, ever been an official or employee of the United States Government or of any state or local government agency or department, either in a civil or law enforcement capacity, including for example, the City of Miami or the U.S. Postal Service?

_____Yes              _____No

If yes, who?

_____

_____

Relationship to you:

_____

_____

What agency or department?

_____

_____

12. Have you ever been in court or involved in giving a legal statement before, other than for a minor traffic violation?

_____Yes _____No

If yes, what were the circumstances:

_____

_____

_____

13.   Have you or anyone in your family ever been a party to a lawsuit?

_____Yes          _____No

If yes, who (relationship to you)

_____

_____

Were you the party who sued

_____

Or the party who was sued

_____

What type of lawsuit was it and what was the outcome?

_____

_____

_____

14.   Have you, a family member or close friend ever been accused of, charged with, or convicted of any crime, or been the subject of a criminal investigation, other than a minor traffic violation?

_____Yes                _____No

If yes, please state the date, crime, charging authority and the outcome?

_____

-10-

_____

_____

If yes, do you feel that you, the family member or friend was justly accused, charged, convicted or investigated?

_____Yes          _____No

Please explain:

_____

_____

_____

15.   Have you or any member of your immediate family ever been audited or had a dispute with any agency or department of the United States Government (including the IRS, INS, Social Security Administration, Veterans Administration, etc.)?

_____Yes          _____No

If yes, do you believe you were treated fairly?

_____Yes          _____No

Please explain:

_____

_____

_____

16.   Have you, a family member or close friend ever been the victim of any crime?

_____Yes          _____No

If yes, please describe who was the victim and what the crime was:

_____

_____

_____

a.  Was anyone arrested?          _____Yes          _____No

If yes, what was the outcome?

_____

_____

_____

b.  If there was a trial, did you testify?

                _____Yes          _____No

c.  Were you satisfied with the way law enforcement handled the matter?

                _____Yes          _____No

Please explain:

_____

_____

17.    Do you know people involved in the prosecution or defense of criminal cases? If so:

    (A)  Do you know any private criminal defense attorneys, public defenders, Legal Aid lawyers, paralegals, investigators or anyone else involved in criminal defense work?

                _____Yes          _____No

If yes, please list their name(s), the type of legal work they do, where they work and their relationship to you:

_____

_____

_____

_____

(B)  Do you know any State Attorneys, Assistant State Attorneys, U.S. Attorneys, or Assistant U.S. Attorneys, or any other type of prosecutor?

_____Yes          _____No

If yes, please list their name(s), the type of legal work they do, where they work and their relationship to you:

_____

_____

_____

18.    Are you a member of any Labor Union? _____Yes _____ No

Have you ever held office in that Labor Union? _____ Yes _____No

Have you ever had any difficulty with the officers of your Union?

_____ Yes _____ No

Do you believe that the Labor Union officers do a good job for their members and the public?

_____ Yes _____ No

Have you as an employer or owner/manager of a company ever had dealings with Labor Unions?

_____ Yes _____ No

-13-

If the answer to any of the above questions is yes, please explain.  What feelings are you left with about Labor Unions?

_____

_____

_____

19.  As a general matter, do you feel that the Teamsters Union and other Unions are honest organizations?

_____ Yes _____ No

Please explain:_____

_____

_____

20.  Have you ever heard or are you personally acquainted with any of the following defendants?

Clarence Lark _____         Larry Crenshaw _____         William Garcia _____

Curtis Newton _____         John Gallo _____              Charlie Hall _____

Ricardo McHorne _____      Keith Lampkin _____          Lawrence Seymore ___

If yes as to any, please explain and state whom:_____

_____

_____

21.  Have you seen, read or heard anything about this case?

_____Yes              _____No

If yes, please state what you remember reading or hearing about the case.

_____

-14-

_____

_____

Have you formed an opinion as to the guilt or innocence of any of the defendants?

_____Yes          _____No

If yes, what opinion have you formed and on what is it based?

_____

_____

22.    Do you know of any reason why you may be prejudiced for or against the government or for or against the defendants because of the nature of the charges?

_____

_____

23.    Do you feel that you would have any problem sitting impartially as a juror in a case where a defendant is of **Italian** extraction?  **African-American**?

Italian _____ Yes ____No

African-American ____ Yes _____ No

24.    This case involves allegations regarding the importation of narcotics.  Do you feel that you would have any problem sitting impartially as a juror in a case where the defendants are charged with narcotics offenses and/or money laundering involving narcotics proceeds?

_____ Yes  _____ No

Have you or any member of your family ever been addicted to narcotics?

_____ Yes  _____ No

If yes, please explain: _____

-15-

If yes, would this result in your inability to judge a case involving charges of narcotics fairly? _____ Yes _____ No

Have you ever been a member of any anti-drug organization?

_____ Yes _____ No

25. Do you feel that you would have any problem sitting impartially as a juror in a case where a defendant(s) and/or witness(es) were employed in the adult movie industry?

_____ Yes _____ No

26. If you were representing either party in this case, that is, either the government or the defendant(s), is there any reason why you would not want to have the case decided by someone with your beliefs, background or frame of mind?

_____

_____

27. Do you know, or are you familiar with, any of the attorneys listed below:

| | | | |
|---|---|---|---|
| Donald I. Bierman | ____ | William J. Cone, Jr. | ____ |
| Paul D. Lazarus | ____ | Steve Kassner | ____ |
| Guy Speigelman | ____ | Bruce H. Lehr | ____ |
| Reemberto Diaz | ____ | Larry Hanfield | ____ |
| James D. Henderson | ____ | Martin R. Raskin | ____ |
| Assistant United States Attorney Michael Dittoe | ___ | | |

If yes, please identify and state how you are familiar with that person:

_____

_____

28. This trial may take up to six weeks. Do you have any serious problem sitting as a juror in a case that may take up to six weeks to complete?

_____ Yes _____ No

-16-

If yes, please explain any problems you might have:

_____

_____

_____

29. Other than the possible length of the trial, do you have any other concerns or reservations about sitting as a juror in this case, or can you think of <u>any</u> reason why you could <u>not</u> be a fair and impartial juror in this case?

_____ Yes   _____ No

If yes, what are those concerns or reservations?

_____

_____

_____

30. Do you have any health problems (e.g. eyesight, hearing, emotional, etc.), are you taking medication or do you have any other condition that might affect your concentration during the trial?

_____ Yes        _____ No

If yes, describe the health problem(s), medication or other condition and its effect upon you:

_____

_____

_____

Would any such medication or physical impairment make it a hardship for you to sit on the jury?

_____ Yes        _____ No

-17-

31.   Is there anything you can think of that you should bring to the court's attention regarding your service as a juror on this case?

_____Yes          _____No

If yes, please explain:

_____

_____

_____

32.   Have you consulted with anyone in order to complete this questionnaire?
        _____Yes          _____No

If yes, with whom did you consult and why?

_____

_____

I declare under penalty of perjury that the answers I have given are true and correct.

_____
Signature

_____
Juror Number

        We realize that we have imposed on your time in responding to this questionnaire, and we thank you for your attention and honesty in its completion. We assure you that it will assist the Court in selecting a fair and impartial jury.

        Thank you.