UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK, Et Al.

    Defendants
_____/

### JOINT RESPONSE TO JURY QUESTIONNAIRE

Comes now the United States and hereby files its Response setting forth a brief description of the case for inclusion in the Jury Questionnaire.

    Respectfully submitted,
    GUY A. LEWIS
    UNITED STATES ATTORNEY

BY: *[signature]*
MICHAEL J. DITTOE
Assistant United States Attorney
Court ID #A5500209
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

## Description of Case

39. In this case the indictment charges all the defendants with conspiracy to distribute narcotics that were smuggled into the United States through Port Everglades and elsewhere in South Florida. The defendants Clarence Lark and Larry Crenshaw are charged with conspiring to operate Teamsters Local 390 as a Racketeering Enterprise and with money laundering. The defendant John Gallo is also charged with money laundering. Do you have any views about these general charges that may affect your ability to be a juror on this type of case?

Yes_____    No_____

If Yes, please explain: _____

_____

_____.

Have you seen, read or heard anything about this case?

Yes_____   No _____

If yes, please state what you remember reading or hearing about the case. _____

_____

_____

_____.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _14 TH_ day of March, 2001 to:

| | |
|---|---|
| Donald I. Bierman, Esq<br>Bierman, Shohat, Loewy & Klein, P.A.<br>800 Brickell Avenue, PH-2<br>Miami, FL 33131<br><br>(305) 358-7000<br>Attorney for Lark | Paul D. Lazarus, Esq.<br>800 Brickell Ave., PH-2<br>Miami, FL 33131<br><br><br>(305) 539-0606<br>Attorney for Crenshaw |
| Steve Kassner, Esq.<br>815 Ponce de Leon Blvd., Ste. 303<br>Coral Gables, FL 33134<br><br>(305) 461-2744<br>Attorney for Lampkin | Guy Speigelman, Esq.<br>28 W. Flagler St., Ste. 400<br>Miami, FL 33131<br><br>(305) 373-6634<br>Attorney for McHome |
| Bruce H. Lehr, Esq.<br>1401 Brickell Ave., Ste. 810<br>Miami, FL 33131<br><br>(305) 377-1777<br>Attorney for Seymour | Reemberto Diaz, Esq.<br>1435 S. Miami Ave.<br>Miami, FL 33130<br><br>(305) 446-0001<br>Attorney for Hall |
| Larry Hanfield, Esq.<br>4770 Biscayne Blvd., Ste. 1200<br>Miami, FL 33137<br><br>(305) 576-1011<br>Attorney for Hall | James D. Henderson, Esq.<br>12121 Wilshire Blvd., Ste. 1130<br>Los Angeles, CA 90025<br><br>(310) 478-3131<br>Attorney for Gallo |

| | |
|---|---|
| Martin R. Raskin, Esq.<br>Grove Forest Plaza, Ste. 206<br>2937 S.W. 27 Ave.<br>Miami, FL 33133<br><br>(305) 444-3400<br>Attorney for Gallo | William J. Cone, Jr., Esq.<br>514 S.E. Seventh St.<br>Ft. Lauderdale, FL 33301<br><br>(954) 764-0570<br>Attorney for Newton |

*Michael J. Dittoe* (signature)

MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY