MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

U. S. MAGISTRATE JUDGE **STEPHEN T. BROWN**

COURTROOM VIII   TIME: 10:00 a.m. - 10:20 a.m.  Interpreter: N/A

Case No. 00-6311-CR-PCH   Date 3/19/01

Clerk **STEPHANIE A. LEE**   Tape No./Court Reporter 01D-25-1500

Style: USA v. Keith Lampkin, et al

Plaintiff(s) Attorney(s) AUSA Terry Thompson

Defendant(s) Attorney(s) Paul Lazarus, Steve Kassner

Proceeding: M/ Costs (Ex-Parte) Hrg held. Motion denied w/o prejudice.