00-6311.oj

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEITH LAMPKIN,

    Defendant.

_____/



FILED by _____ D.C.
MAG. SEC.

MAR 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.    MIAMI

## ORDER DENYING MOTION FOR COSTS

    This Cause is before the Court on Defendant Keith Lampkin's Ex-Parte[1] Motion for Costs to Obtain Discovery..., filed February 23, 2001. This Court having reviewed the motion and the file, and having had a hearing with defense counsel as well as a subsequent hearing with counsel for the government present, and further being otherwise fully advised, it is **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, without prejudice** to be renewed should circumstances warrant.

    **DONE AND ORDERED** this _20th_ day of March, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        counsel on attachment

---

[1]This motion was disclosed to all other parties per agreement with counsel for this defendant.



Michael Dittoe, Esq. (AUSA)
Paul D. Lazurus, Esq.
James D. Henderson, Esq.
Donald I. Bierman, Esq.
William Cone, Esq.
Reemberto Diaz, Esq.
Martin R. Raskin, Esq.
Steve Kassner, Esq.
Larry R. Handfield, Esq.
Bruce H. Lehr, Esq.
Guy Spiegelman, Esq.