00-6311.ok

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEITH LAMPKIN,

    Defendant.
_____/



## ORDER STRIKING MOTIONS

This Cause is before the Court on Defendant Keith Lampkin's Motion to Compel Government to Produce Statements Given by Cooperating Witnesses in Pre-Sentence Investigation Report, filed February 16, 2001 and Motion to Dismiss Indictment Do [sic] To Improper Joinder and Duplicity Under Crim. R. 8, filed February 20, 2001. This Court having reviewed the motions and the file, and having noted that Defendant has failed to respond to this Court's Order requiring Defendant to show good cause for the filing of the motions past the motion filing deadline, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motions are hereby **STRICKEN**.

DONE AND ORDERED this 21 day of March, 2001 at Miami, Florida.

                      STEPHEN T. BROWN
                      U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
       Michael Dittoe, Esq. (AUSA)
       Paul D. Lazurus, Esq.
       James D. Henderson, Esq.
       Donald I. Bierman, Esq.
       William Cone, Esq.
       Reemberto Diaz, Esq.
       Martin R. Raskin, Esq.
       Steve Kassner, Esq.
       Larry R. Handfield, Esq.
       Bruce H. Lehr, Esq.
       Guy Spiegelman, Esq.

