00-6311.on

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6311 CR HUCK

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

KEITH LAMPKIN, et al.,

   Defendant.

_____/

FILED by _____ D.C.
MAG. SEC.

APR - 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER DENYING MOTION TO SET ASIDE THIS COURT'S ORDER STRIKING DEFENDANT'S PRE-TRIAL MOTIONS

   This Cause is before the Court on Defendant Keith Lampkin's Motion to Set Aside This Court's Order Striking Defendant's Pre-Trial Motions, filed April 4, 2001. This Court having reviewed the Motion and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motion is hereby **DENIED**.

   **DONE AND ORDERED** this 4ᵗʰ day of April, 2001 at Miami, Florida.

_____
STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:   Honorable Paul C. Huck
      Michael Dittoe, Esq. (AUSA)
      Paul D. Lazurus, Esq.
      James D. Henderson, Esq.
      Donald I. Bierman, Esq.
      William Cone, Esq.
      Reemberto Diaz, Esq.
      Martin R. Raskin, Esq.
      Steve Kassner, Esq.
      Larry R. Handfield, Esq.
      Bruce H. Lehr, Esq.
      Guy Spiegelman, Esq.