UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO.00-6311-CR-HUCK

        Plaintiff,

vs.                                      NOTICE OF HEARING

CLARENCE LARK,
LARRY CRENSHAW,
WILLIAM GARCIA,
CURTIS NEWTON,
RICARDO MCHORNE,
CHARLIE HALL,
KEITH LAMPKIN,
LAWRENCE SEYMORE,

        Defendant.

_____/

FILED by_____ D.C.

APR 1 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

    PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a pretrial conference hearing on **Thursday, April 26, 2001, at 4:15 p.m.**, **all counsel are expected to** be in attendance, before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

    Dated: April 19, 2001

CLARENCE MADDOX, CLERK

By:
Valerie Thompkins,
Deputy Clerk

cc: all counsel of record
**"ALL COUNSEL MUST BE PRESENT"**