UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-Huck(s)
21 U.S.C. 843(b)

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
v.                        )
                          )
KEITH LAMPKIN,            )
            Defendant.    )
_____)



## SUPERSEDING INFORMATION

The United States Attorney Charges That:

On or about October 26, 1996, in the Southern District of Florida, at Broward County, the defendant,

KEITH LAMPKIN,

did knowingly and intentionally use a communications facility, that is a telephone, in committing, causing and facilitating the commission of a felony, that is, a violation of Title 21, United States Code, Section 952 (importation of a controlled substance),

all in violation of Title 21, United States Code, Section 843(b)

and Title 18, United States Code, Section 2.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY

_____
TERRENCE THOMPSON
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

KEITH LAMPKIN

CASE NO. __00-6311-CR-HUCK(S)__

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)   Yes ___   No _X_
Number of New Defendants   ___
Total number of counts   _1_

**Court Division:** (Select One)

___ Miami   ___ Key West
_X_ FTL   ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _No_
   List language and/or dialect ___

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days     _X_    Petty       ___
   II   6 to 10 days    ___    Minor       ___
   III  11 to 20 days   ___    Misdem.     ___
   IV   21 to 60 days   ___    Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _Yes_
   If yes:
   Judge: _Huck_        Case No. _00-6311-Cr-Huck_
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. ___
   Related Miscellaneous numbers: ___
   Defendant(s) in federal custody as of ___
   Defendant(s) in state custody as of ___
   Rule 20 from the ___   District of ___

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes __ No   If yes, was it pending in the Central Region? _X_ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY
COURT ID# A5500209

*Penalty Sheet(s) attached

REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __KEITH LAMPKIN__   No: __00-6311-Cr-HUCK(S)__

Count #: 1   21 U.S.C. 843(b) Use of a communications facility in furtherance of a drug trafficking offense

*Max. Penalty: Four (4) years' imprisonment and/or $250,000 fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96