AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     **WAIVER OF INDICTMENT**

v.     CASE NUMBER:   00-6311-CR-HUCKS

KEITH LAMPKIN

I, KEITH LAMPKIN, the above named defendant, who is accused of use of a communications facility in furtherance of a drug trafficking offense, in violation of Title 21, United States Code, Section 843(b), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 5-4-2001 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

KEITH LAMPKIN
Defendant.

STEVE KASSNER
Counsel for Defendant

Before _____
UNITED STATES MAGISTRATE JUDGE