UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6311-CR-HUCK(S)

UNITED STATES OF AMERICA,

**ARRAIGNMENT INFORMATION SHEET**

vs.

Jail No : ON BOND

KEITH LAMPKIN
            Defendant.

Language: ENGLISH
_____/

The above-named Defendant appeared before **DISTRICT Judge PAUL C.HUCK**, where the Defendant was arraigned and a plea of guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:          Address: ON BOND
                    _____

                    Tel. No: _____

Defense Counsel:    Name    : STEVE KASSNER

                    Address: _____

                    _____

                    Tel. No: _____

Bond Set/Continued:         $ _____

Dated this 03 day of MAY, 2001.

CLARENCE MADDOX, COURT ADMINISTRATOR/CLERK

BY   VALERIE THOMPKINS
         Deputy Clerk
COURT REPORTER: LARRY HERR

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO._____
DIGITAL START NO._____

FILED BY __ 01 MAY -4 AM 10:39 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI