FILED by ___

**MAY 0 4 2001**
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6311-CR-Huck

UNITED STATES OF AMERICA

vs.

Keith Hampkins

## CHANGE OF PLEA

On 5-4-2001 the above named defendant appeared in person before the Honorable Paul C Huck, United States District Judge/Magistrate, with Steve Kasner, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he/she desired to withdraw the plea of not guilty to Count(s) I , of the Indictment/Information Superseding.

After the defendant was duly sworn, the Court made inquiry as to guilty. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( )   The Court proceeded to pronounce sentence. (See J&C)
(X)   The Court postponed sentencing until 10-1-2001 @ 8:30 A.m.
(X)   The defendant being allowed to remain on bond until sentencing.
( )   The defendant being remanded to the custody of the Marshal until a _____ bond in the amount of $_____ is approved and posted.
( )   The defendant being remanded to the custody of the Marshal awaiting sentencing.

The U.S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge Paul C Huck
Reporter Larry Herr
Courtroom Deputy Valerie Hump