**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

_Keith Lampkins_

CASE NO. 00-6311-CR

NOTICE OF SENTENCING DATE

FILED by _VT_ D.C.
MAY 0 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By the direction of the Honorable _Paul C. Huck_, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on _October 01_, 20_01_ at _8:30 A_.M. for imposition of sentence. On that date, report to the Federal Justice Building, Courtroom _10-2 / 13-2 Courtroom #6_, 99 N.E. 4th Street, Miami, FL 33132, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $250,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION TO ROOM 315 OF THE OLD COURTHOUSE. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

Clerk, United States District Court

BY: _Dalene Sumpt_
Courtroom Deputy Clerk

DATE: _5-4-2001_
COUNSEL: _Steve Kassner_
RECEIVED: _____ (Defendant)

| | | | |
|---|---|---|---|
| GUILTY PLEA | ☐ BOND | ☑ | TO COUNT(S) _I Supersede Information_ |
| TRIAL | ☐ FEDERAL CUSTODY | ☐ | TO TOTAL COUNTS _1_ |
| NOLO PLEA | ☐ STATE CUSTODY | ☐ | ASST. U.S. ATTY _Michael Dittoe_ |
| | ☐ U.S.M. CUSTODY | ☐ | |

Copies to:   United States Attorney        United States Marshal
             Probation Department          Pre-Trial Services
             Defense Counsel               Defendant