01 MAY 18 AM 11:51
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CLARENCE LARK, et al.

Defendants
______________________________/

SUPPLEMENTAL BRADY DISCLOSURE

Comes now the Unites States, and hereby files its further supplemental disclosure under Brady v. Maryland and its progeny.

The witness Willie Jackson testified that he was informed by the defendant Clarence Lark that the former Crowley manger Joe Shea informed him of the existence of a investigation into narcotics distribution at Port Everglades. Mr. Shea has denied

288

that he disclosed the existence of the investigation.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY:
MICHAEL J. DITTOE
Assistant United States Attorney
Court ID #A5500209
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

BY:
TERRENCE THOMPSON
Assistant United States Attorney
Court ID # A5500063
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered in open court this 18h day of May, 2001 to the below listed counsel:

Donald I. Bierman, Esq
Bierman, Shohat, Loewy & Klein, P.A.
800 Brickell Avenue, PH-2
Miami, FL 33131

(305) 358-7000
Attorney for Lark

Paul D. Lazarus, Esq.
800 Brickell Ave., PH-2
Miami, FL 33131

(305) 539-0606
Attorney for Crenshaw

Guy Speigelman, Esq.

Bruce H. Lehr, Esq.

28 W. Flagler St., Ste. 400
Miami, FL 33131

(305) 373-6634
Attorney for McHorne

1401 Brickell Ave., Ste. 810
Miami, FL 33131

(305) 377-1777
Attorney for Seymore

William J. Cone, Jr., Esq.
514 S.E. Seventh St.
Ft. Lauderdale, FL 33301

(954) 764-0570
Attorney for Newton

MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY

TERRENCE THOMPSON
ASSISTANT UNITED STATES ATTORNEY