UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
                    Plaintiff                                    CASE NO: 00-6311-CR-HUCK

vs.



KEITH LAMPKIN, et al,
                    Defendants.
_____/

## SECOND MOTION TO WITHDRAW
## AS ATTORNEY OF RECORD

COMES NOW, the Defendant, KEITH LAMPKIN, by and through the undersigned attorney, pursuant to Local Rule 7.1 of the Southern District of Florida and files this motion seeking leave of court to withdraw as attorney of record due to irreconcilable differences between undersigned counsel and the Defendant. As grounds for this motion undersigned would state as follows:

(1)    Undersigned counsel was appointed to represent Mr. Lampkin pursuant to the Criminal Justice Act. (18 U.S.C. 3600A)

(2)    On or about March 8, 2001 undersigned counsel at the request of Mr. Lampkin filed Defendant's first request to withdraw as attorney of record due to irreconcilable differences. A hearing was held before United States Magistrate Judge Stephen T. Brown. At that hearing the Defendant withdrew his motion requesting that undersigned counsel withdraw as attorney of record.

(3)    On or about May 4, 2001 Mr. Lampkin pled guilty to a "superseding information" charging him with a violation of 21 U.S.C. 843(b) (Commonly referred to as a telephone count.) In exchange for this plea the government agreed to drop all the charges against the Defendant contained in the original indictment. This court set sentencing in this matter for October 1, 2001.

(4)    On or about May 7, 2001 the remaining Defendant's went to trial before this honorable



court and were found not guilty.

(5)    Irreconcilable differences exist between Mr. Lampkin and undersigned counsel which makes it impossible for undersigned counsel to continue to represent Mr. Lampkin. It would be better for all concerned if counsel be allowed to withdraw from any further representation of Mr. Lampkin. Since Mr. Lampkin has been declared indigent for legal representation it is respectfully submitted that new counsel be appointed pursuant to the Criminal Justice Act.

Wherefore the Defendant and undersigned counsel respectfully request that this honorable court allow counsel to withdraw from any further representation of Mr. Lampkin.

Respectfully submitted,
Steven Kassner, Esq.
815 Ponce De Leon Blvd.
Coral Gables, Florida 33134
(305) 461-2744

BY _____
STEVEN H. KASSNER
Florida Bar Number 372331

## CERTIFICATE OF SERVICE

I CERTIFY that a true and accurate copy of the foregoing was mailed to Michael J. Dittoe, AUSA, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33394, and Keith Lampkin, 4880 NW 178th Terr., Miami, Florida 33055 on this 2⁴ day of July, 2001.

_____
STEVEN H. KASSNER, ESQ.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
　　　　　Plaintiff

CASE NO: 00-6311-CR-HUCK

vs.

KEITH LAMPKIN, et al,
　　　　　Defendants.
_____/

## ORDER GRANTING
## DEFENDANT'S SECOND MOTION TO
## WITHDRAW AS ATTORNEY OF RECORD

COMES NOW, the court, upon the Defendant's Second Motion to Withdraw As Attorney of

Record, after hearing argument of the parties and otherwise being fully appraised in the matter, it is

hereby:

ORDERED AND ADJUDGED

That Defendant's Second Motion to Withdraw as Attorney of Record is GRANTED. Steven H.

Kassner, Esquire is removed as attorney of record.

DONE AND ORDERED at Miami-Dade County this ____ day of ____, 2001.


_____
Paul C. Huck
United States District Judge