UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AUG - 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

CRIMINAL MINUTES FOR HON. PAUL C. HUCK

Date: 8/2/01    Case No. 00-6311-CR-PCH
Clerk: Wilma Jackson    Reporter Stephen Franklin
Probation Officer N/A    Interpreter N/A
U.S.A. vs. Keith Hampshire

Defendant: (PRESENT)   NOT PRESENT   IN CUSTODY
U.S. Attorney: Michael Ditton
Defense Counsel: Steven Kassner (CJA)

Reason for hearing: Motion to withdraw as atty

Result of hearing: Ct to appt a new atty

Misc.

Case continued to: _____ Time: _____ For: _____