UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

KEITH LAMPKIN,

    Defendant.

_____/



FILED by _____ D.C.
AUG - 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER ON SECOND MOTION TO WITHDRAW AS AS ATTORNEY OF RECORD

THIS MATTER is before the Court in the above-mentioned motion filed on July 30, 2001. After consideration, it is

**ORDERED AND ADJUDGED** that the second motion to withdraw is **GRANTED**. Steven H. Kassner, Esq., is allowed to withdraw as counsel of record for defendant, Keith Lampkin.

**IT IS FURTHER ORDERED** that Keith Lampkin, Esq. is hereby relieved of any further responsibility in representing the defendant. The Court appoints Paul McKenna, Esq., 200 S. Biscayne Blvd., #2940, Miami, FL  33131 to represent the defendant in the above styled cause.

This matter is scheduled for sentencing on October 1, 2001 at 8:30 p.m.

**DONE AND ORDERED** at Miami, Florida this 3rd day of August, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

c:
AUSA Michael J. Dittoe, Esq.- Ft. Lauderdale
Steven H. Kassner, Esq
Paul McKenna, Esq.
Keith Lampkin, 4880 N. W. 178th Terr., Miami, FL  33055
Probation
Pre-trial