UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6311-CR-HUCK

    Plaintiff,

vs.



FILED by _____ D.C.
AUG - 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

KEITH LAMPKIN,

    Defendant.
_____/

### NOTICE OF FILING LETTER FROM DEFENDANT KEITH LAMPKIN REGARDING HIS ATTORNEY STEVEN H. KASSNER



8-2-01

00-6311-
CR
PCH

**(A) The specific thing or things I am complaining about are:**
Attorney Cassner lacked consistent communication and did not make an attempt to return my personal telephone calls to myself (Keith Lampkin) and my wife (Pamela Lampkin). Also the Attorney did not try to file a motion on my behalf to keep me from being detained. In addition he never expressed an effort to assist me of getting off of the charges, in fact; he only talked about communicating to Mr. Ditto the assigned (Prosecutor) in reference to a plea-bargain. As of today, Attorney Cassner's does not communicate through U.S. mail nor telephone calls concerning my sentencing, which is scheduled for October 2001. Once my wife left a message on Attorney Cassner's voice mail in regards to a complaint will be filed against him in relation to his poor legal services, immediately he made an effort to return that particular telephone call. When he received the message he immediately called back within minutes expressing himself inappropriately and very unprofessionally. As a result, this was the **first** and **only** time that Attorney Cassner returned a telephone call within the same day.

**(B) In support of things listed above, the FACTS of my complaint are:**
*When making telephone calls Attorney Cassner was never available to accept or return any telephone calls.
*I never received any form or communication through telephone calls nor U.S. mail.
*When expressing concerns about the charges Attorney Cassner always advised me that it was definitely that I will serve time and I should consider accepting a plea-bargain from the prosecutors. Even so, I constantly mentioned to Attorney Cassner that I was not interested in a plea and for him to find any necessary alternatives in assisting me of freeing me of all charges.
*When I decided to inquire to Judge Huck about seeking a new attorney he said to remain and try to work with Attorney Cassner services.
Unfortunately, Attorney Cassner has not contacted me in reference to any important information pertaining to this case although I am scheduled for sentencing in October, 2001.
*At the time of the plea I was finally informed of my only charge told by the prosecutors. I was finally told that I was being charged with a telephone call made in 1996. In fact, Attorney Cassner never checked with prosecutors for any concrete proof of a telephone print-out verifying a telephone call made to me on my cellular telephone. If I had been informed of my charges from the beginning of my arrest I would have reconsidered about accepting a plea. I was frightened by what Attorney Cassner and Prosecutor Ditto were telling

me for weeks that the other people involved in this case would testify against me. Therefore, Attorney Cassner **never** informed me of any possible avenues of how I could walk away as a free man. It was evident that he never believed in me from day one.

*The other defendants on this same case with much more serious charges did not accept a plea and were all acquitted of all charges. Upon hearing of this matter, I immediately called Attorney Cassner in order for this case to be presented again before the judge. Unfortunately, as of this day Attorney Cassner has not returned any telephone calls concerning this important matter.

*As a result of Attorney Cassner's poor legal services I could have remained employed and financially stabled. Presently, since I am unemployed I am in the process of losing my home, which I resided for 12 years due to foreclosure.

8-2-01