UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEITH LAMPKIN,

    Defendant.
_____/

### GOVERNMENT'S MOTION FOR CONTINUANCE

COMES NOW the United States, hereby files this motion to continue the sentencing in the above captioned case, and in support thereof submits the following:

1. The Undersigned is fully familiar with the facts and circumstances of the above captioned case.

2. The matter is currently set for a sentencing hearing on December 11, 2001.

3. The undersigned is scheduled to be overseas on government business during the month of December.

4. Because the undersigned is fully familiar with the facts of this case, it would promote judicial efficiency for the undersigned to represent the United States at the sentencing of the defendant.

5. Defense counsel has no objection to the Court granting this motion to continue the date for the sentencing hearing.

WHEREFORE, the United States Moves this Court to continue the date of the sentencing hearting until after January 7, 2002.

                                  Respectfully submitted,

                                  GUY A. LEWIS
                                  UNITED STATES ATTORNEY

By: _____
     MICHAEL J. DITTOE
     Assistant United States Attorney
     Court No. A5500209
     500 East Broward Blvd., Suite 700
     Ft. Lauderdale, Florida 33394
     Telephone: (954) 356-7255
     Fax: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed, this 27th day of November, 2001, to:

    Paul McKenna
    2666 Tigertale Avenue
    Number 104
    Miami, Florida 33133

_____
MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY