UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6311-HUCK



FILED by _____ D.C.

DEC 1 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

KEITH LAMPKIN,
JOHN GALLO,
CHARLIE HALL,

    Defendant.

_____/

## ORDER GRANTING CONTINUANCE OF SENTENCING

THIS MATTER came before the Court by virtue of the Government's motion for a continuance of the sentencing filed November 27, 2001. The motion is granted. In order to accommodate the parties the sentencing is reset for January 18, 2002 at 3:00 p.m.

DONE AND ORDERED in Chambers, Miami, Florida, this /3 day of December, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC.   Michael Dittoe
       Paul Mckenna, Esq.
       James Henderson, Esq.
       Larry Handfield, Esq.
       Pretrial
       Probation