UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK- BROWN

UNITED STATES OF AMERICA,
    Plaintiff.
vs.

KEITH LAMPIN,
    Defendant.
_____/



FILED by E T
JAN 1 8 2002
CLARENCE MADDOX
CLERK U.S. DIST
S.D. OF FLA

### ORDER OR REMAND

It is hereby ORDERED that the defendant be REMANDED to the Custody of the United States Marshal for Southern District of Florida and the Bond is revoked.

DONE AND ORDERED in Chambers, Miami, Florida this /8 day of January 2002.

Paul C. Huck
United States District Judge