UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEITH LAMPKIN,

    Defendant.
_____/

## MOTION FOR EXONERATION OF BOND

COMES NOW the Defendant, KEITH LAMPKIN, by and through the undersigned counsel and respectfully requests that this Court enter an order exonerating bond in the above-captioned case, and as grounds in support thereof would state as follows:

1. The Defendant, KEITH LAMPKIN, posted a $50,000.00 (10%) bond with the Registry of the Court for the above-captioned case.

2. The Defendant surrendered to the Federal Detention Center on January 18, 2002. Accordingly, undersigned counsel requests that this Court exonerate the bond.

3. The $50,000.00 (10%) bond posted with the Registry of the Court, with accrued interest, should be disbursed to Pamela Lampkin, 2100 N.W. 81st Terrace,



Miami, Florida 33147, Social Security No. 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. (See attached copy of Receipt for Payment).

        Respectfully submitted,

        McKENNA & OBRONT
        Attorneys for Defendant
        Florida Bar No. 348481
        2940 First Union Financial Center
        200 South Biscayne Boulevard
        Miami, Florida 33131
        Phone: (305) 373-1040
        Fax:   (305) 373-2040

        By: _____
            PAUL A. McKENNA, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 1st day of March, 2002 to Michael Dittoe, Assistant United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida 33301.

        _____
        PAUL A. McKENNA, ESQ.



AO82
(Rev. 4/90)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA
at ___Miami___

226278

RECEIVED FROM Pamela Lampkin
2100 NW 81 Terr
Miami, Fl 33147
USA vs Keith Lampkin

Fund SS# 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

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | | 5,000.00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 5,000.00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | Case Number or Other Reference |
| 322360 | Miscellaneous Fees | 00-6311-CR-Huck |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

Appearance Bond To be Invested

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 1/10/5 | Cash | Check | M.O. | Credit | DEPUTY CLERK Hamilton