UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEITH LAMPKIN,

    Defendant.
_____/



FILED by ET D.C.

MAR 0 6 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING MOTION FOR EXONERATION OF BOND

THIS CAUSE having come before the Court on the Defendant's Motion for Exoneration of Bond, and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Defendant's Motion for Exoneration of Bond is granted.

2. The $50,000.00 (10%) bond, with accrued interest, shall be disbursed to Pamela Lampkin, 2100 N.W. 81st Terrace, Miami, Florida 33147, Social Security No. 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.

DONE AND ORDERED at Miami, Florida this 5th day of March, 2002.

Copies furnished to:
Paul A. McKenna, Esq.
Michael Dittoe, AUSA

PAUL C. HUCK
United States District Judge